Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution. Motion for poor person relief dismissed as academic.

JOHNATHAN JOHNSON, Appellant, v WILLIAM K. SUTER et al., Respondents.

Submitted October 11, 2016; decided December 20, 2016

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution. Motion for poor person relief dismissed as academic.

DONNA M. LATTUCA, Appellant, v JOHN M. LATTUCA, Respondent.

Submitted August 8, 2016; decided December 20, 2016

Motion for leave to appeal denied. The Court of Appeals takes this occasion to restate the rule that denial of a motion for leave to appeal is not equivalent to an affirmance and has no precedential value (*see Matter of Marchant v Mead-Morrison Mfg. Co.*, 252 NY 284, 297-298 [1929]).

DONNA M. LATTUCA, Appellant, v JOHN M. LATTUCA, Respondent.

Submitted August 15, 2016; decided December 20, 2016

Motion by National Center for Law and Economic Justice et al. for leave to appear amici curiae on the motion for leave to appeal herein granted and the brief is accepted as filed.

NELLA MANKO, Appellant, v DANA MANNOR et al., Respondents, et al., Defendants.

Submitted October 11, 2016; decided December 20, 2016